# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| W. DONALD GIESEKE, in his capacity as Chapter Seven Trustee for the Estate of ANTHONY and AMY ROBINSON | Case No.: 3:16-CV-00103-MMD-WGC **JUDGMENT** |
| Plaintiff, v. | |
| DIAMOND STATE INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY, dba "FARMERS" or "FARMERS INSURANCE," | |
| Defendants. _____/ | |

Plaintiff W. DONALD GIESEKE, in his capacity as Chapter Seven Trustee for the Estate of ANTHONY and AMY ROBINSON, filed a Complaint in this action against Diamond State Insurance Company, and MID-CENTURY INSURANCE COMPANY, dba "FARMERS" or "FARMERS INSURANCE."

Pursuant to Rule 68 of the Federal Civil Procedure, Defendant Mid-Century Insurance Company agreed to allow a judgment be taken against it in favor of Amy Robinson by and through Plaintiff W. Donald Gieseke, in the amount of $5,000.00, including cost, interest, and all applicable offsets.

1

Mid-Century's offsets include the sum paid by the the person who injured Amy Robinson, $25,000.00, the medical insurance payments made by Mid-Century Insurance Company on behalf of Amy Robinson in the amount of $5,000.00, the medical insurance payment made by Defendant, Diamond State on behalf of Amy Robinson in the amount of $5,000.00, and the underinsured insurance benefit available for Amy Robinson's damages from Diamond State, $1,000,000.00.

Good cause appearing, pursuant to FRCP 68 and the Notice of Acceptance of Offer of Judgment filed on August 1, 2016, this Court hereby enters judgment against Mid-Century Insurance in favor of Plaintiff W. Donald Gieseke, in his capacity as Chapter Seven Trustee for the Estate of Anthony and Amy Robinson.

**IT IS SO ORDERED**.

Dated: August 9, 2016

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE