ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Diamond State Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| W. DONALD GIESEKE, in his capacity as Chapter Seven Trustee for the Estate of ANTHONY and AMY ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND STATE INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY, dba "FARMERS" or "FARMERS INSURANCE",<br><br>Defendants. | CASE NO.: 3:16-cv-00103-MMD-WGC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY PENDING THE OUTCOME OF MEDIATION** |

Plaintiff W. DONALD GIESEKE, in his capacity as Chapter Seven Trustee for the Estate of ANTHONY and AMY ROBINSON ("GIESEKE"), Defendant DIAMOND STATE INSURANCE COMPANY ("DIAMOND STATE"), and Defendant MID-CENTURY INSURANCE COMPANY, dba "FARMERS" or "FARMERS INSURANCE" ("FARMER'S") by and through their respective attorneys of record, hereby agree as follows:

Plaintiff GIESEKE filed an Adversary Complaint against DIAMOND STATE in the United States Bankruptcy Court, District of Nevada, on September 25, 2014, Case No. BK-N-12-52527-btb.  Plaintiff GIESEKE filed a First Amended Adversary Complaint on August 7, 2015, including FARMER'S as a defendant to the action.  An Order Certifying

4842-2879-8776.1

this matter to the United States District Court, District of Nevada for jury trial, was entered on February 25, 2015.

This litigation arises from underinsured motorist ("UIM") claims presented to DIAMOND STATE and FARMER'S under their respective insurance policies for alleged injuries sustained by Amy Robinson and Anthony Robinson in an accident which occurred on March 24, 2012. Amy and Anthony Robinson subsequently filed bankruptcy, and W. DONALD GIESEKE was appointed Chapter 7 Trustee for the Estate of Anthony and Amy Robinson ("the Bankruptcy Estate"). GIESEKE is seeking to recover UIM benefits claimed by Amy Robinson against DIAMOND STATE, as an asset in the Bankruptcy Estate.

Anthony Robinson dismissed his claims against FARMER'S and recently settled his claims with DIAMOND STATE. Amy Robinson recently settled her claims against FARMER'S. The only remaining claims for trial are the claims by GIESEKE against DIAMOND STATE related to Amy Robinson's underlying UIM claim to DIAMOND STATE. The parties have conducted discovery and recently requested this court grant an extension of discovery, including an extension of the expert deadlines. On July 13, 2016, this court approved the parties Stipulation and Order to Extend Discovery Deadlines (ECF No. 18). Per the recent Stipulation, expert disclosures are currently due on September 12, 2016. **GIESEKE and DIAMOND STATE recently agreed to a mediation which is scheduled for September 14, 2016, with Judge Whitehead presiding as the mediator.** Since the mediation date is after the date of initial expert disclosures, the parties request to reset all discovery deadlines pending the outcome of mediation. Should the parties be unable to resolve the claims at mediation, the parties will advise the court accordingly so new discovery deadlines can be issued.

An extension of the current discovery deadlines will to allow the parties to privately mediate the matter, will preserve the status quo and minimize the expense of the parties' resources and those of the Court until such mediation can be concluded. *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983). Additionally, it

will prevent the risk of the court needlessly expending its energies to further manage the case when the case may well settle as a result of the parties' own accord at the upcoming mediation. *Sommers v. Cuddy*, 2013 U.S. Dist. LEXIS 12430 (D.Nev. 2013).

As such, the parties stipulate as follows:

1. That the Federal Court action be stayed for sixty (60) days or until the parties have completed private mediation. However, this Stipulation will not stay written discovery or motions filed with the court.

2. The stay shall include all current discovery deadlines including initial expert disclosure and rebuttal expert disclosure deadlines, pre-trial deadlines, including dispositive motions, and Joint Pre-Trial Order.

4. Within 10 days after completion of mediation, the parties will (1) submit a Stipulation and Order reflecting resolution of some or all of the claims and/or (2) advise the court the parties were unable to resolve the claims and will request the court schedule new discovery deadlines including deadlines for initial expert disclosures and rebuttal expert disclosures, pre-trial deadlines, including dispositive motions, and the Joint Pre-Trial Order.

Dated this 1st day of September, 2016.

LAW OFFICES OF CURTIS B. COULTER, P.C.

*/s/ Curtis B. Coulter*
Curtis B. Coulter, Esq.
Nevada State Bar No. 3034
403 Hill Street
Reno, NV 89501
Attorneys for Plaintiff,
*W. Donald Gieseke*

Dated this 1st day of September, 2016

LAW OFFICES OF MATTHEW L. SHARP

*/s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
Nevada State Bar No.: 4746
432 Ridge Street
Reno, NV 89501
Attorneys for Plaintiff,
*W. Donald Gieseke*

…

…

…

…

1  Dated this 1<u>st</u> day of September, 2016

2  LEWIS BRISBOIS BISGAARD & SMITH, LLP

3  <u>/s/ *Pamela L. McGaha*</u>

4  Robert W. Freeman, Jr., Esq.
   Nevada State Bar No.: 3062

5  Pamela L. McGaha, Esq.
   Nevada State Bar No.:  8181

6  6385 South Rainbow Boulevard, Suite 600

7  Las Vegas, NV 89118
   Attorneys for Defendant

8  *Diamond State Insurance Company*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 6, 2016.